1    KEVIN V. RYAN, SBN 118321                                    *E-filed 6/20/06*
     United States Attorney
2    JOANN M. SWANSON, 88143
     Assistant United States Attorney
3    Chief, Civil Division
     SARA WINSLOW, DCBN 457643
4    Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7260
      Facsimile:  (415) 436-7169
7
8    Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12   GREG R. BROWN,                        )
                                           )
13           Plaintiff,                    )    CIVIL NO.   05-05239 HRL
                                           )
14           v.                            )    ~~STIPULATION AND~~ ORDER EXTENDING
                                           )    DEFENDANT'S TIME TO FILE
15   JO ANNE B. BARNHART,                  )    RESPONSE TO PLAINTIFF'S
     Commissioner of Social Security,      )    MOTION FOR SUMMARY JUDGMENT
16                                         )
             Defendant.                    )
17   _____)

18          IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19   approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20   file her response to Plaintiff's Motion for Summary Judgment because the Civil Division of the

21   United States Attorney's Office is moving to a new floor starting on June 16, 2006.  Defendant's

22   response was due on June 15, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on

23   July 17, 2006.

24   ///

25   ///

26   ///

27   ///

28   ///

1    This is defendant's first request.

2

3

4

5    Dated: June 9, 2006                    /s/
                                    JAMES HUNT MILLER
6                                   Attorney for Plaintiff

7
                                    KEVIN V. RYAN
8                                   United States Attorney

9

10

11

12   Dated: June 9, 2006        By:        /s/
                                    SARA WINSLOW
13                                  Assistant United States Attorney

14
     PURSUANT TO STIPULATION, IT IS SO ORDERED:
15

16

17

18

19   Dated:   6/20/06                  /s/ Howard R. Lloyd
                                    HOWARD R. LLOYD
20                                  United States Magistrate Judge

21

22

23

24

25

26

27

28

BROWN, EXT.MXSJ (jp)
C 05-052739 HRL                          2