KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

*E-filed 8/10/06*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG R. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  05-05239 HRL<br><br>STIPULATION AND ORDER OF REMAND |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the decision of the previous Administrative Law Judge (ALJ) is vacated and this action is remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings.  The purpose of the remand is to offer Plaintiff a new ALJ hearing and decision.

    Upon remand, the Appeals Council will remand this case to an ALJ who will be directed to determine Plaintiff's onset date by obtaining medical expert testimony and proceeding in compliance with Social Security Ruling 83-20; and, if necessary, to further evaluate Plaintiff's credibility and reference what

///

///

1  evidence undermines Plaintiff's subjective complaints for the period prior to August 17, 2004.

5  Dated: July 17, 2006                                          /s/
                                                                 JAMES HUNT MILLER
6                                                                Attorney for Plaintiff

                                                                 KEVIN V. RYAN
8                                                                United States Attorney

11
12  Dated: July 17, 2006                      By:        /s/
                                                         SARA WINSLOW
                                                         Assistant United States Attorney
13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded,

15  pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

20  Dated:                                                  _____
                                                            HOWARD R. LLOYD
21                                                          United States Magistrate Judge

28  BROWN, REMD,S4 (jp)
    C 05-05239 HRL                              2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG R. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO.  05-05239 HRL<br><br>[PROPOSED]<br>JUDGMENT |

   IT IS HEREBY ADJUDGED that the agency's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).  The Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in the parties' Stipulation of Remand, filed herein.  This constitutes a final judgment under Fed.R.Civ.Proc. 58.

Dated:  August 10, 2006

                                         HOWARD R. LLOYD<br>
                                         United States Magistrate Judge