```
KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, SBN 88143                      *E-filed 9/18/06*
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREG BROWN, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO.  05-05239 HRL <br><br> STIPULATION AND ORDER APPROVING COMPROMISE SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

The plaintiff's attorney having met the criteria of L.R. 54-6, by meeting and conferring with defendant, IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to approval by the Court, that plaintiff's attorney receive the following payment:

1. Defendant shall pay TWO THOUSAND SIX HUNDRED SEVENTY TWO DOLLARS ($2,672.00), pursuant to the Equal Access to Justice Act (EAJA), for attorney fees incurred in this court action, and TWO HUNDRED FIFTY DOLLARS ($250.00) in costs.  The checks are to be payable to plaintiff's counsel:

JAMES H. MILLER
BOX 10891 GRAND LAKE STATION
OAKLAND, CA 94610
(510) 451-2132 fax: 0824

///

1    2.  This is a settlement of plaintiff's request for attorney fees pursuant to EAJA and costs, and does not constitute an admission of liability or fault on the part of defendant under the Equal Access to Justice Act.

3.  Payment of the TWO THOUSAND SIX HUNDRED SEVENTY TWO DOLLARS ($2,672.00) EAJA fees incurred in this court action, and TWO HUNDRED FIFTY DOLLARS ($250.00) in costs, will constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorney fees pursuant to the EAJA, and/or costs as a result of this court action.

Dated: September 11, 2006

/s/
JAMES HUNT MILLER
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: September 12, 2006    By:   /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated:  9/18/06

HOWARD R. LLOYD
United States Magistrate Judge

BROWN, EAJA STIP (jp)
C 05-05239 HRL                 2